DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER PUERTAS BRAVO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-3028

[November 27, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Deborah Carpenter-Toye, Judge; L.T. Case No. 21-012099MU10A.

Carlos A. Canet of the Law Office of Carlos A. Canet, P.A., Plantation, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Rachael Kaiman, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See State v. Daniels*, 699 So. 2d 837 (Fla. 4th DCA 1997); *State v. Powers*, 555 So. 2d 888 (Fla. 2d DCA 1990).

WARNER, GROSS and MAY, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***